LUTHER L. HIGBY v. EDWARD J. McMAHON.[1]

January 8, 1896.

Nos. 9569—(98).

Petition of Luther L. Higby for the removal of Edward J. Mc-Mahon from his office of attorney and counsellor at law in all the courts of the state of Minnesota.　Dismissed.

*Everett Moon*, for petitioner.

*F. A. Gilman*, for respondent.

PER CURIAM.　The evidence in this matter having been duly examined and considered, and the court being of the opinion that the charges made against the said Edward J. McMahon are not sustained by the evidence, it is ordered that the proceedings against him be, and they hereby are, dismissed.